IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURUS TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff , | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-3009-K |
| | § | |
| GLOBAL TEL*LINK CORPORATION, | § | |
| | § | |
| Defendant . | § | |

## **JUDGMENT**

This judgment is entered pursuant to the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, and dismissing with prejudice all claims brought by Plaintiff against Defendant.

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff take nothing by its suit against Defendant, and that its claims are DISMISSED with prejudice. All costs are taxed against Plaintiff.

Signed July 10th, 2014.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE