**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURUS TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 3:13-cv-03009-K<br><br>(JURY DEMANDED) |

**GLOBAL TEL*LINK'S CORPORATION'S RESPONSE IN OPPOSITION TO
SECURUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON GLOBAL TEL*LINK'S BREACH OF CONTRACT COUNTERCLAIM**

Defendant Global Tel*Link Corporation ("GTL") respectfully opposes Securus's Motion for Partial Summary Judgment on Global Tel*Link's Breach of Contract Counterclaim (Dkt. No. 181).  Pursuant to Local Rule 56.4, the legal and factual grounds for GTL's opposition are set forth in the accompanying Brief in Opposition to Securus's Motion for Partial Summary Judgment on Global Tel*Link's Breach of Contract Counterclaim.

Dated: September 11, 2015

Respectfully submitted,

| | /s/ *E. Leon Carter* |
|---|---|
| J.C. Rozendaal (*pro hac vice*) | E. Leon Carter |
| Courtney S. Elwood (*pro hac vice*) | Texas State Bar No. 03914300 |
| Evan T. Leo (*pro hac vice*) | lcarter@carterscholer.com |
| Christopher C. Funk (*pro hac vice*) | John Steven Torkelson |
| Nicholas O. Hunter (*pro hac vice*) | Texas State Bar No. 00795154 |
| KELLOGG, HUBER, HANSEN, TODD, | jtorkelson@carterscholer.com |
|   EVANS & FIGEL, P.L.L.C. | Linda R. Stahl |
| 1615 M Street, N.W., Suite 400 | Texas State Bar No. 00798525 |
| Washington, DC 20036 | lstahl@carterscholer.com |
| Tel: (202) 326-7900 | CARTER SCHOLER ARNETT |
| Fax: (202) 326-7999 |   HAMADA & MOCKLER PLLC |
| | 8150 N Central Expressway |
| | Fifth Floor |
| | Dallas, TX 75206 |
| | Tel: (214) 550-8188 |
| | Fax: (214) 550-8185 |

*Counsel for Defendant and Counterclaim Plaintiff Global Tel\*Link Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2015, GTL electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send certification of such filing to all counsel of record.

                                                  /s/ *E. Leon Carter*