IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURUS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-03009-K |
| | § | |
| GLOBAL TEL*LINK CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinions and Orders of this same date, in which the Court granted Plaintiff's (1) Rule 12(c) Motion for Judgment on the Pleadings Based on Invalidity of the Counterclaim Patents Under 35 U.S.C. 101 and (2) Motion for Partial Summary Judgment.

It is therefore, ORDERED, ADJUDGED and DECREED that Defendant takes nothing by its suit against Plaintiff, and that Defendant's claims are DISMISSED with prejudice, with all costs taxed against Defendant.

**SO ORDERED.**

Signed November 2nd, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE