AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Texas, Dallas Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:13-cv-3009-K | DATE FILED<br>8/2/2013 | U.S. DISTRICT COURT<br>Northern District of Texas, Dallas Division |
|---|---|---|
| PLAINTIFF<br>Securus Technologies Inc | | DEFENDANT<br>Global Tel*Link Corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,899,167 | 3/1/2011 | Securus Technologies Inc |
| 2 | 7,860,222 | 12/28/2010 | Securus Technologies Inc |
| 3 | 8,031,850 | 10/4/2011 | Securus Technologies Inc |
| 4 | 7,805,457 | 9/28/2010 | Securus Technologies Inc |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>8/21/2013 | INCLUDED BY<br>☐ Amendment  ☑ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  7,085,359 | 8/1/2006 | Global Tel*Link Corporation |
| 2  7,039,171 | 5/2/2006 | Global Tel*Link Corporation |
| 3  7,742,581 | 6/22/2010 | Global Tel*Link Corporation |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Defendant takes nothing by its suit against Plaintiff, and that Defendant's claims are DISMISSED with prejudice, with all costs taxed against Defendant. |

| CLERK<br>Karen Mitchell | (BY) DEPUTY CLERK<br>s/ A. Aguilar | DATE<br>11/2/2015 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**